No. 78–156. UNITED STATES v. ADDONIZIO ET AL. C. A. 3d Cir. [Certiorari granted, 439 U. S. 1045.] Motion of respondents for divided argument granted.

No. 78–437. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. WESTCOTT ET AL.; and

No. 78–689. PRATT, COMMISSIONER, DEPARTMENT OF PUBLIC WELFARE OF MASSACHUSETTS v. WESTCOTT ET AL. D. C. Mass. Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. A–778 (78–1359). GUNDUY v. UNITED STATES. C. A. 2d Cir. Application for stay, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. 78–5981. FERRI v. ACKERMAN. Sup. Ct. Pa. [Certiorari granted, *ante,* p. 907.] Motion of petitioner for appointment of counsel granted, and it is ordered that Julian N. Eule, Esquire, of Philadelphia, Pa., be appointed to serve as counsel for petitioner in this case.

No. 78–6299. SATTERLEE v. LOGGINS, CORRECTIONAL SUPERINTENDENT, ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 78–6135. BURY v. UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 78–1143. VANCE, SECRETARY OF STATE v. TERRAZAS. Appeal from C. A. 7th Cir. Motion of appellee for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 78–5937. YBARRA v. ILLINOIS. Appeal from App. Ct. Ill., 2d Dist. Motion of appellant for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.